2010-11174
FILED
May 07, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002616160

3

LEONARD K. WELSH, CSB NO. 097954
JACOB L. EATON, CSB NO. 244834
Klein, DeNatale, Goldner,
  Cooper, Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>FRANCISCO MENDES FALCAO and<br>EMILY MARIA FALCAO,<br><br>Debtors. | Case No. 10-11174-A-12<br>Chapter 12<br>DC No. KDG-6<br><br>Date:  May 6, 2010<br>Time:  10:00 a.m.<br>Place: U.S. Bankruptcy Court<br>        2500 Tulare Street, Fifth Floor<br>        Courtroom 11, Department A<br>        Fresno, CA<br>Judge: Whitney Rimel |

## FINDINGS OF FACTS AND CONCLUSIONS OF LAW REGARDING CONFIRMATION OF CHAPTER 12 PLAN

Confirmation of the Chapter 12 Plan filed by Francisco Mendes Falcao and Emily Maria Falcao ("Debtors") came on for hearing before the Honorable Whitney Rimel, Bankruptcy Judge, on May 6, 2010. Jacob L. Eaton, Attorney at Law, appeared for Debtors, M. Nelson Enmark, Attorney at Law, appeared as the Chapter 12 Trustee, and Albert J. Berryman, Attorney at Law, appeared for Bank of America. No other appearances were made at the hearing on confirmation of the Plan.

After considering (1) the Chapter 12 Plan filed on March 11, 2010 ("the Plan") and papers filed in support thereof, (2) the Objection filed by Bank of America and evidence in support thereof, (3) the Response to the Objection and evidence in support thereof filed by Debtors, (4) the Chapter 12 Trustee's Report Re: Confirmation, (5) the representations of counsel, and (6) the representations the Chapter 12 Trustee and having stated orally and more fully on the record its findings of fact and conclusions of law,

3151654.DOC                             1

RECEIVED
May 07, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002616160

## **FINDINGS OF FACT**

IN ADDITION TO THE FINDINGS OF FACT SET FORTH ON THE RECORD, The Court finds that:

1. the Plan has been transmitted to all creditors, parties in interest, or other persons, or entities whose rights are effected by the Plan;

2. due and proper notice of hearing on confirmation of the Plan has been given to Debtors, the Chapter 12 Trustee, the United States Trustee, all creditors, and parties requesting special notice;

3. the Plan meets the requirements of 11 USC Section 1222;

4. the Plan complies with the provisions of Chapter 12 and other applicable provisions of Title 11;

5. any fee, charge, or amount required under Chapter 12 of Title 28, or by the Plan, to be paid before confirmation has been paid;

6. the Plan has been proposed in good faith and not by any means forbidden by law;

7. the value of the property, as of the effective date of the Plan, to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claims if the estate of Debtors was liquidated under Chapter 7 on such date;

8. with respect to each allowed secured claim provided for by the Plan–

    (A) the holder of such claim has accepted the Plan;

    (B)(i) the Plan provides that the holder of such claim shall retain the lien securing its claim, and

        (ii) the value as of the effective date of the Plan on account of such claim is not less than the amount of such claim; or

    (C) Debtors shall surrender the property securing such claim to such holder;

9. Debtors have met their burden of proof regarding their ability to make all payments under the Plan and comply with the Plan; and

11. Debtors are not required by a judicial or administrative order, or by statute, to pay a "Domestic Support Obligation" as defined in 11 USC Section 101(14A).

### CONCLUSIONS OF LAW

Based on the findings of the Court described above, AND IN ADDITION TO THE CONCLUSIONS OF LAW SET FORTH ON THE RECORD,

1. the Objection filed by Bank of America to Debtors' Chapter 12 Plan should be overruled;

2. the Court finds that the Chapter 12 Plan filed by Francisco Mendes Falcao and Emily Maria Falcao should be confirmed, and

3. Debtors should submit a proposed form of Order Confirming Chapter 12 Plan to the Court consistent with these findings of fact and conclusions of law.

Approved as to form and content:

Dated: May 7, 2010                   /s/ M. Nelson Enmark
                                     M. NELSON ENMARK
                                     Chapter 12 Trustee

Dated: May 7, 2010                   BAKER, MANOCK & JENSEN, PC


                                     /s/ Albert J. Berryman
                                     ALBERT J. BERRYMAN
                                     Attorneys for Bank of America

Submitted by:

Dated: May 7, 2010                   KLEIN, DENATALE, GOLDNER,
                                     COOPER, ROSENLIEB & KIMBALL, LLP


                                     By   /s/ Jacob L. Eaton
                                          JACOB L. EATON
                                          Attorney for Debtors

Dated:

May 07, 2010

United States Bankruptcy Judge